UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LLOYD KING, Personal Representative
for the ESTATE OF RENE RUSSELL,
ET AL.,

        Plaintiffs,                        No. 17-12342

v.                                     District Judge Sean F. Cox
                                        Magistrate Judge R. Steven Whalen

COUNTY OF JACKSON, ET AL.,

        Defendants.
_____/

## ORDER

On May 15, 2018, Plaintiffs filed a motion to compel discovery against all Defendants [Doc. #21]. Defendants have not filed a response, although the 14- day time for doing so has passed. *See* E.D. Mich. L.R. 7.1(e)(2)(B)(response to a non-dispositive motion must be filed within 14 days after service of motion). Therefore, the Plaintiffs' motion is unopposed and can be granted on that basis. *See Juide v. Michigan Department of Corrections*, 2017 WL 5712103 (E.D. Mich. 10-24-17)(Patti, MJ). In addition, because Defendants did not respond to Plaintiffs' interrogatories and requests to produce within 30 days of service, their objections, other than objections based on privilege, are waived.

Finally, notwithstanding Defendants' lack of opposition to this motion, I have reviewed the discovery requests and see nothing objectionable.

Therefore, Plaintiffs' motion to compel [Doc. #21] is GRANTED.

Defendants will respond to Plaintiffs' discovery requests within 30 days of the date of this Order. As to any discovery requests to which attorney-client or other privilege is

-1-

claimed, Defendants will produce a privilege log.

In terms of the personnel files of the individual Defendants (Request to Produce #30), Defendants may redact any personal information such as Social Security Numbers, home addresses, and family information. In addition, the personnel and disciplinary files will be subject to a protective order that will limit disclosure of this information to the parties, attorneys, experts, and their support staff who are involved in the prosecution and defense of this lawsuit.

IT IS SO ORDERED.


Dated: June 5, 2018            s/R. Steven Whalen
                               R. STEVEN WHALEN
                               UNITED STATES MAGISTRATE JUDGE


**CERTIFICATE OF SERVICE**

I hereby certify on June 5, 2018 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on June 5, 2018.

                               s/Carolyn M. Ciesla
                               Case Manager for the
                               Honorable R. Steven Whalen